# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,558,080
Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CLOTHING, NAMELY T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 667,069, FILED 6-19-1987.

SCOTT WASH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

**United States Patent and Trademark Office**  Reg. No. 1,468,277
Registered Dec. 8, 1987

## TRADEMARK
### PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CALENDARS, NOTEBOOKS, DECALS, NOTECARDS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0–0–1912; IN COMMERCE 0–0–1912.

SER. NO. 658,759, FILED 5–4–1987.

NANCY L. HANKIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,434,569**

**Registered Jul. 02, 2024**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Baylor University  (TEXAS non-profit corporation)
P.O. Box 97034
Waco, TEXAS 76798

CLASS 18: Duffel bags; overnight bags; travel cases; traveling bags; athletic bags; backpacks; tote bags; purses; wristlet bags, clutch bags; fanny packs; sack packs, namely, drawstring bags used as backpacks; briefcases; wallets; credit card cases and holders; identification card holders; luggage tags; umbrellas; animal leashes

FIRST USE 5-11-2018; IN COMMERCE 5-11-2018

The mark consists of the interlocking letters "B" and "U".

OWNER OF U.S. REG. NO. 1474216, 1558080, 1468277

SER. NO. 97-416,728, FILED 05-18-2022



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



Int. Cl.: 21

Prior U.S. Cls.: 2, 30 and 33

United States Patent and Trademark Office    Reg. No. 1,474,216
Registered Jan. 26, 1988

## TRADEMARK
## PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CUPS, MUGS, TUMBLERS, AND GLASSES, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

SER. NO. 658,735, FILED 5-4-1987.

NANCY L. HANKIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,503,187**

**Registered Sep. 10, 2024**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Baylor University  (TEXAS non-profit corporation)
P.O. Box 97034
Waco, TEXAS 76798

CLASS 24: Textile tablecloths; blankets, namely, lap blankets and fleece blankets; blanket throws; blankets for outdoor use; towels; golf towels; felt pennants; cloth pennants; pennants of textile; cloth banners; fabric flags; nylon flags

FIRST USE 12-31-2014; IN COMMERCE 12-31-2014

The mark consists of the interlocking letters "B" and "U".

OWNER OF U.S. REG. NO. 1474216, 1558080, 1468277

SER. NO. 97-416,758, FILED 05-18-2022



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,508,097**

**Registered Sep. 17, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Baylor University  (TEXAS non-profit corporation)
P.O. Box 97034
Waco, TEXAS 76798

CLASS 41: Educational services, namely, conducting college level courses, and related entertainment services, namely, organizing and conducting college sports events, fine art productions, concerts, and lectures; Online journal, namely, a blog featuring articles and information regarding items of school pride in the areas of academics, alumni achievements, athletics, faith, research, service, and student life; Electronic publications, namely, online magazines in the field of general interest; Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members

FIRST USE 00-00-1931; IN COMMERCE 00-00-1931

The mark consists of the interlocking letters "B" and "U".

OWNER OF U.S. REG. NO. 1474216, 1558080, 1468277

SER. NO. 90-695,543, FILED 05-07-2021



Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**





# The State of Texas
## SECRETARY OF STATE

### CERTIFICATE OF REGISTRATION

I, JOHN W. FAINTER, JR., Secretary of State of the State of Texas, hereby certify:

That the attached is the duplicate APPLICATION FOR REGISTRATION.

That in accordance with the provisions of CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE and the application filed in this office the MARK described below has been duly registered in this office on behalf of:

Name of Applicant _____ Baylor University _____

Address of Applicant _____ P O Box 6397 _____
_____ Waco Texas 76798 _____

Description of Mark _____ BU & Design _____

Class Number _____ International 41 _____

Dates of First Use:   Anywhere ___ 5-18-46 ___   In Texas ___ 5-18-46 ___

The Term of Registration is for Ten Years and Extends to and Includes ___ 7-27-94 ___ .

Registration No. ___ 43755 ___   Date of Registration ___ 7-27-84 ___   Date of Assignment ___ NA ___



IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in the City of Austin, this

27th day of _____ July _____ A.D. 19 84.

_____
Secretary of State