UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BAYLOR UNIVERSITY,** | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL NO. W-25-CV-00352-ADA-DTG |
| **TRUSTEES OF BOSTON UNIVERSITY,** | § § § § | |
| Defendant. | § | |

### ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby **VACATED**. The Clerk of the Court shall unrefer the above captioned case from Magistrate Judge Derek T. Gilliland.

**SIGNED** this 14th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE