**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § § § | |
| Plaintiff, | § § | Case No. 6:25-cv-00352-ADA |
| v. | § § | **JURY TRIAL DEMANDED** |
| TRUSTEES OF BOSTON UNIVERSITY, | § § § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant Trustees of Boston University ("Defendant" or "Boston"), by its undersigned counsel, hereby moves for a second extension of time to file its Answer to the Complaint until December 11, 2025. In support of its motion, Defendant states as follows:

1. Plaintiff served its Complaint on September 8, 2025.

2. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's responsive pleading was originally due on September 29, 2025.

3. This is Defendant's second request for extension of time to respond to Complaint.

4. The parties have had several discussions and email communications regarding the action, resulting in Defendant providing Plaintiff with informal discovery before responding to the Complaint.  Accordingly, The requested extension is sought in good faith and not for purposes of undue delay or prejudice.

5. By email on November 10, 2025, counsel for Defendant conferred with counsel for Plaintiff, who confirmed that Plaintiff does not oppose the extension.

6.     **WHEREFORE** Defendant Trustees of Boston University respectfully requests that the Court grant this Motion and enter an Order extending its deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint until December 11, 2025.

Dated: November 12, 2025

                                                                          Respectfully submitted,

By: */s/ Henry Pogorzelski*
     Henry Pogorzelski
     TX Bar No. 24007852
     **K&L Gates LLP**
     2801 Via Fortuna, Suite 650
     Austin, Texas 78746
     Tel.: (512) 482-6800
     Fax: (512) 482-6859
     Henry.Pogorzelski@KLGates.com

     John J. Cotter *(pro hac vice)*
     David J. Byer *(pro hac vice)*
     **K&L Gates LLP**
     1 Congress Street, Suite 2900
     Boston, MA 02114
     Tel.(617) 261-3178
     Fax (617) 261-3175
     John.Cotter@klgates.com
     David.Byer@KLGates.com

*ATTORNEYS FOR DEFENDANT TRUSTEES OF BOSTON UNIVERSITY*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with counsel for Plaintiff Baylor University regarding this request on November 10, 2025, and that Baylor does not oppose the requested extension.

                                                   */s/ John J. Cotter*
                                                   John J. Cotter

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 12th day of September 2025.

*/s/ Henry Pogorzelski*
Henry Pogorzelski
