**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 6:25-cv-00352-ADA |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| TRUSTEES OF BOSTON UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**ON THIS DAY** came to be considered the Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint filed by counsel of record for Defendant Trustees of Boston University, to extend the deadline to answer or otherwise respond to Plaintiff's Complaint until December 11, 2025. The Court, having reviewed the Unopposed Motion, is of the opinion that the motion should be and is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendants to answer or respond is extended until December 11, 2025.

SIGNED this ___ day of _____, 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1