# **Exhibit A**

CONSENT AGREEMENT

RE: Application Serial No. 667,069, and Registration Numbers 1,468,277 and 1,474,216 for the mark "BU"

Boston University and Baylor University agree that there is no conflict or likelihood of confusion between Boston University's use of the mark "BU" in connection with goods and services associated with Boston University and Baylor University's use of the same mark in connection with goods and services associated with Baylor University.

This belief is based on the following:

1. To the best of our knowledge, both schools have used the mark for at least seventy-five years without causing a single actual instance of confusion.

2. The customary use of the school colors in conjunction with the mark makes the identity of the school to which the mark refers readily known, thereby further obviating any genuine concern about a likelihood of confusion in the minds of the public. Boston University's school colors are red and white. Baylor University's school colors are green and gold.

3. The markets for goods bearing the mark are so divergent as to render confusion unlikely. Consumers of goods bearing the mark purchase such goods to display their identification with Baylor

University or Boston University. The retail channels through which such products are available to them are such that the school to which the mark refers is clear. Baylor University products bearing the mark "BU" are sold primarily in Texas and the southern United States. Boston University products bearing the mark "BU" are sold primarily in Massachusetts and the eastern United States. Even outside of these regional markets confusion is unlikely because the products usually employ the school's colors in conjunction with the mark or make other reference, such as the portrayal of the school mascot, to identify the school.

4. Use of a school's initials to refer to the school is commonplace and it would greatly harm Boston University and Baylor University if they were prohibited from using "BU" in connection with services and on products intended to permit members of the public to express their allegiance to the respective schools. At the same time, the public would not benefit from the imposition of a restriction on the use of the mark "BU" by either school. Consumers of products bearing the mark know the school with which they seek to identify and purchase such products under such circumstances as not to be confused.

Accordingly, Boston University and Baylor University believe it is unlikely the public will be confused by their respective uses of the same mark and hereby consent each to the other's use of the mark.

8024210/7f1

-2-

The parties intend that neither Boston University nor Baylor University shall have any payment obligation to the other by reason of the use of "BU". Each University shall be solely responsible to file at its own expense infringement actions or other actions to protect its respective mark.

Boston University and Baylor University will execute and file with the United States Patent and Trademark Office any and all documents which may be necessary or proper to effectuate the terms of this Consent.

TRUSTEES OF BOSTON UNIVERSITY

By: _____
Peter J. Cusato
Vice President for Business Affairs
Hereunto duly authorized

Date: _____

BAYLOR UNIVERSITY

By: _____
James S. Netherton, Senior V.P.
and Chief of Staff
Hereunto duly authorized

Date: June 8, 1988

ATTEST:
BY: _____
Howard Dudgeon, Assist. Secretary

8024210/7f1                                                       -3-