**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 6:25-cv-00352-ADA |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| TRUSTEES OF BOSTON UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF HENRY POGORZELSKI IN SUPPORT
OF DEFENDANT BOSTON UNIVERSITY'S MOTION FOR JUDGMENT
ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)**

I, Henry Pogorzelski, hereby declare as follows:

1.     I am an attorney at law duly licensed to practice in the State of Texas, admitted to the United States District Court for the Western District of Texas, and I am a Partner of the law firm K&L Gates LLP, attorneys of record for Defendant Trustees of Boston University ("BU") in this action, and make this declaration in support of the Motion For Judgment on the Pleadings Under Fed. R. Civ. P. 12(c). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.     I attach as Exhibit A a true and correct copy of the Consent Agreement.

3.     I attach as Exhibit B a true and correct copy of Baylor University's ("Baylor") Trademark Registration No. 1,468,277.

4.     I attach as Exhibit C a true and correct copy of Baylor's Trademark Registration No. 1,474,216.

5.     I attach as Exhibit D a true and correct copy of Baylor's Trademark Registration No.

1

1,558,080, which was pending as Application Serial No. 667,069 at the time the Consent Agreement was entered.

6.  I attach as Exhibit E a true and correct copy of BU's Opposition to Baylor's Trademark Application Serial No. 667,069.

7.  I attach as Exhibit F a true and correct copy of Baylor's Answer to BU's Opposition.

8.  I attach as Exhibit G a true and correct copy of BU's Notice Withdrawing its Opposition to registration of Serial No. 667,069.

9.  I attach as Exhibit H a true and correct photograph of 1880s frieze work on the Claflin Building, which stands at 18-20 Beacon Street, Boston, Massachusetts.

10. I attach as Exhibit I a true and correct copy of a photograph and caption published in the December 7, 1969 Boston Globe newspaper.

Dated: April 17, 2026

/s/ Henry M. Pogorzelski
Henry M. Pogorzelski