# EXHIBIT B

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

**Reg. No. 1,468,277**

## United States Patent and Trademark Office   Registered Dec. 8, 1987

### TRADEMARK
### PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CALENDARS, NOTEBOOKS, DECALS, NOTECARDS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 658,759, FILED 5-4-1987.

NANCY L. HANKIN, EXAMINING ATTORNEY