# EXHIBIT C

Int. Cl.: 21

Prior U.S. Cls.: 2, 30 and 33

Reg. No. 1,474,216

## United States Patent and Trademark Office

Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CUPS, MUGS, TUMBLERS, AND GLASSES, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

SER. NO. 658,735, FILED 5-4-1987.

NANCY L. HANKIN, EXAMINING ATTORNEY