# EXHIBIT D

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,558,080**

# United States Patent and Trademark Office    Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



BAYLOR UNIVERSITY (TEXAS NONPROFIT CORPORATION)
WACO, TX 76798

FOR: CLOTHING, NAMELY T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1912; IN COMMERCE 0–0–1912.

SER. NO. 667,069, FILED 6–19–1987.

SCOTT WASH, EXAMINING ATTORNEY