# EXHIBIT E

B8689791

"EXPRESS MAIL" mailing label #
Date of Deposit: January 22, 1988

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE TRADEMARK AND APPEAL BOARD

In the matter of application Serial No. 667,069
Published in the Official Gazette on November 24, 1987

```
------------------------------------------)
TRUSTEES OF BOSTON UNIVERSITY,            )
                                          )
                    Opposer,              )    Opposition No.:
                                          )
         v.                               )
                                          )
BAYLOR UNIVERSITY,                        )
                                          )
                    Applicant.            )
------------------------------------------)
```

NOTICE OF OPPOSITION

Trustees of Boston University, a Massachusetts non-profit corporation with its principal place of business at 881 Commonwealth Avenue, Boston, Massachusetts, believes that it will be damaged by registration of the mark shown in Serial No. 667,069 and hereby opposes the same.


As grounds of opposition it is alleged that:

1. Baylor University (the "Applicant") seeks to register a mark using the stylized letters "BU" in U.S. Class 39, namely for T-shirts, shorts, sweatshirts and sweaters, claiming a first-use of 1912, as is evidenced by the publication of said mark in the November 24, 1987 issue of the Official Gazette on page TM 90.

2.   Trustees of Boston University (the "Opposer") has since 1869 used the mark "BU" in connection with the educational services it provides and has used the mark "BU" on a variety of goods, including, among other products, clothing since no later than 1894.

3.   There are no issues as to priority or abandonment.  The Applicant's date of first-use is subsequent to the date of the Opposer's first-use and the Opposer has not abandoned its mark.

4.   The Opposer has since 1983 had a licensing agreement with International Collegiate Enterprises, Inc. to sell goods under the aforesaid mark throughout the United States and abroad.

5.   By virtue of its efforts, and the expenditure of considerable sums for promotional activities, the Opposer has gained for its above-identified mark a most valuable reputation.

6.   The mark proposed for registration by the Applicant, namely a graphic design using the stylized letters "BU", is substantially similar to the Opposer's mark.

7.   If the Applicant is permitted to register its mark for its goods, as specified in the application herein opposed, then the Opposer, having first and continuous use, may be denied

registration of its mark before the Trademark Trial and Appeal Board, because the Opposer's mark would so closely resemble the Applicant's registered mark.

WHEREFORE, the Opposer believes that it will be damaged by registration of the opposed mark and prays that it be denied.

A duplicate copy of this Notice of Opposition and the fee required in section 2.6(1) are enclosed herewith.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

Date: January 22, 1988   By: _Kathleen C. Farrell_
                            Kathleen C. Farrell
                            Attorney for Opposer,
                            Trustees of Boston University

CERTIFICATE OF EXPRESS MAILING

"EXPRESS MAIL" mailing label number B 86834741
Date of deposit: January 22, 1988

I hereby certify that this Notice of Opposition and fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to:  Commissioner of Patents and Trademarks, Washington, D.C. 20231 on January 22, 1988.

Jennifer Hartmann
January 22, 1988