# EXHIBIT F

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK AND APPEAL BOARD

In the matter of application Serial No. 667,069

```
--------------------------------)
TRUSTEES OF BOSTON UNIVERSITY,  )
                                )
                    Opposer     )
                                )
        v.                      )          Opposition No.
                                )              77,562
                                )
BAYLOR UNIVERSITY               )
                                )
                    Applicant.  )
--------------------------------)
```

ANSWER TO OPPOSITION

COMES NOW Baylor University in answer to that Notice of Opposition filed as of January 22, 1988, by the Trustees of Boston University, a Massachusetts non-profit corporation ("Boston University"), and hereby alleges as follows:

1.  This case concerns the application for registration of a mark using the stylized letters "BU" in U.S. Class 39, namely for T-shirts, shorts, sweatshirts and sweaters, with Baylor University claiming a first use date in 1912.  Baylor University filed its application on June 19, 1987.  The mark was published for opposition on November 24, 1987.  Boston University filed its Opposition to registration on January 22, 1988.

2.  The letters "BU" have been used by Baylor University as an abbreviation for its name, with Baylor University having adopted its name by charter granted by the Republic of Texas on February 1, 1845.

8024208/7f2                           -1-

3. Baylor University has made continuous, uninterrupted use of its name since 1845. The first records Baylor University could find indicating the use of "BU" on clothing were dated in 1912.

4. Baylor University has advertised and used the "BU" mark through its own efforts and under license with International Collegiate Enterprises, Inc. to sell goods under the aforesaid mark throughout the United States and abroad.

5. By virtue of its efforts, and the expenditure of considerable sums for promotional activities, Baylor University has gained secondary meaning for the "BU" mark as an indicia and trademark of Baylor University.

6. On information and belief, and without actual knowledge of the truth thereof, Baylor University agrees with the contention of Boston University that it first used the "BU" mark in 1869, and in connection with clothing since no later than 1894.

7. Baylor University's "BU" mark is ordinarily used in the colors of green and gold, and is used in connection with other indicia that clearly indicate the origin of such mark is with Baylor University.

8. On information and belief, and without actual knowledge of the truth thereof, Baylor University believes that Boston University's "BU" is ordinarily used in the colors of red and white, and is used in connection with other indicia that clearly indicate the origin of such mark is with Boston University.

9. Both Baylor University and Boston University use their respective "BU" marks throughout the world, not only on the goods

8024208/7f2                                -2-

which are the subject of this Application, but also on other goods or services offered by the respective Universities.

10. Both Baylor University and Boston University ordinarily use the "BU" mark in connection with goods or services bearing the name of the respective Universities, or in connection with their respective mascot(s) or other emblems. Such use diminishes the likelihood of confusion between the uses of the two "BU" marks.

11. Baylor University believes that in view of the different colors of the marks, and the fact that Baylor University and Boston University are shown as the origin and owner of the respective marks, that there is no likelihood of consumer confusion in regard to the marks.

12. Baylor University intends to file an amendment to its Application which is the subject of this proceeding to convert such Application to one for concurrent use, together with a Consent Agreement entered into with the Opposer Boston University.

WHEREFORE, premises considered, Baylor University prays that the denial of registration sought by Boston University be denied, and that upon filing of an amendment to Application No. 667,069, this Opposition proceeding be suspended and the concurrent registrations sought by both Baylor University and Boston University be granted.

Respectfully submitted,

BAYLOR UNIVERSITY

By: _Dan Pleitz_____
Dan Pleitz of
Naman, Howell, Smith & Lee, P.C.

Date: ___April 20, 1988_____

8024208/7f2                                        -3-

CERTIFICATE OF MAILING

I hereby certify that this Answer to Opposition was mailed to Boston University, c/o Kathleen C. Farrell, its Assistant General Counsel, at 125 Bay State Road, Boston, Massachusetts 02215 on this 20th day of April, 1988.

_____
Dan Pleitz

April 20, 1988

8024274/8f1