# EXHIBIT G

Boston University

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Telephone: 617/353-2326
Facsimile: 617/353-5529



I839 | I989

BOSTON UNIVERSITY
SESQUICENTENNIAL

Todd L. C. Klipp
*General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Carol Burchard O'Hare
Susan H. Frey
Kathleen C. Farrell
Diane Levine Gardener
Stephen A. Williams
Dennis C. Hart

April 13, 1989

G. Douglas Hohein, Esq.
Trademark Trial and Appeal Board
U.S. Department of Commerce
Patent and Trademark Office
Washington, D.C. 20231

Re:  Opposition No. 77562
     (Trustees of Boston University v. Baylor University)

Dear Mr. Hohein:

Enclosed please find a copy of a Consent Agreement in the above-referenced case.  The opposer, Boston University (my client) hereby withdraws its opposition to Baylor University's application serial no. 667069.  Please advise counsel for the parties if any further action is necessary to close this matter.

Thank you for your cooperation.

Sincerely,

*Lawrence S. Elswit*

Lawrence S. Elswit

Encl.

cc:  Dan Pleitz, Esq. (w/o encl.)
LSE:dw
1965i