# EXHIBIT H



## CLAFLIN BUILDING

1883–1884, William Gibbons Preston. 18–20 Beacon St.

Perhaps the best Queen Anne commercial block in Boston, the Claflin Building celebrates that idiom.… Boston University erected the Claflin Building on the site of an old house used by the College of Liberal Arts. Named for Lee Claflin, one of the founders of the university in 1871, the new building contained university offices…. (https://sah-archipedia.org/buildings/MA-01-BH5). *See* https://sah-archipedia.org/content/History.