# EXHIBIT I



HAULED     DOWN—Linebacker
Dick Devore of B.U. nails San Diego
quarterback  Dennis  Shaw  a  yard
short from a first down during Pasa-
dena Bowl. (AP)

Associated Press, Hauled Down—Linebacker Dick Devore of B.U. nails San Diego quarterback Dennis Shaw a yard short from a first down during Pasadena Bowl, Boston Globe (Dec. 7, 1969), https://bostonglobe.newspapers.com/image/435489962/.