IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:25-cv-00352-ADA |
| | § | |
| TRUSTEES OF BOSTON UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule AT-4(g)(2), Plaintiff Baylor University notifies the Court that the parties have come to at least a partial settlement of their dispute and are currently negotiating a written settlement agreement which Baylor expects will be finalized this week.

Baylor requests that the Court stay the deadlines in this case while the parties negotiate the written agreement and agrees to file a Notice of Dismissal or update the Court on the status of the written settlement no later than September 23, 2026.

Respectfully submitted,

Date: September 9, 2026

*/s/ Wendy C. Larson*

Wendy C. Larson
Texas Bar No. 24055820
wlarson@pirkeybarber.com
William G. Barber
Texas Bar No. 01713050
bbarber@pirkeybarber.com
Marie Mullins
Texas Bar No. 24138496
mmullins@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702

(512) 322-5200

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, a true and correct copy of the foregoing was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Wendy C. Larson*
Wendy C. Larson