IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:25-cv-00352-ADA |
| | § | |
| TRUSTEES OF BOSTON UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT - UPDATE

Pursuant to Local Rule AT-4(g)(2) and further to its Notice of Settlement Update filed September 23, 2026 (Dkt No. 45), Plaintiff Baylor University updates the Court that the parties are aligned on a written settlement agreement and are in the process of obtaining signatures. While significant progress has been made and Baylor believes the parties are within days of finalizing the settlement agreement, they are not yet in a position to dismiss the lawsuit.

Baylor agrees that either the parties will file a Stipulation of Dismissal or Baylor will update the Court on the status of the written settlement no later than October 16, 2026.

Respectfully submitted,

Date: October 9, 2026

*/Wendy C. Larson/*

Wendy C. Larson
Texas Bar No. 24055820
wlarson@pirkeybarber.com
William G. Barber
Texas Bar No. 01713050
bbarber@pirkeybarber.com
Marie Mullins
Texas Bar No. 24138496
mmullins@pirkeybarber.com
PIRKEY BARBER PLLC

1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a true and correct copy of the foregoing was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/Wendy C. Larson/*
Wendy C. Larson