IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:25-cv-00352 |
| | § | |
| TRUSTEES OF BOSTON UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Baylor University and Defendant Trustees of Boston University file this Joint Stipulation of Dismissal with Prejudice, and in support of same would show as follows:

Plaintiff and Defendant have resolved all matters in controversy between them and hereby stipulate to the dismissal with prejudice of this lawsuit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Date: October 16, 2026

*/s/ Wendy C. Larson*

Wendy C. Larson
Texas Bar No. 24055820
wlarson@pirkeybarber.com
William G. Barber
Texas Bar No. 01713050
bbarber@pirkeybarber.com
Marie Mullins
Texas Bar No. 24138496
mmullins@pirkeybarber.com
Robert A. Rhodes
Texas Bar No. 24116958
rrhodes@pirkeybarber.com
PIRKEY BARBER PLLC

1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200

ATTORNEYS FOR PLAINTIFF

*/s/ John J. Cotter (with permission)*

John J. Cotter (pro hac vice)
MA Bar No. BBO554524
Christopher Centurelli (pro hac vice)
MA Bar No. 640974
Edward A. Day (pro hac vice)
IL Bar No. 6332606
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel.: (617) 261-3178
Fax: (617) 261-3175
John.Cotter@KLGates.com
Chris.Centurelli@KLGates.com
Ted.Day@KLGates.com

Henry Pogorzelski
TX Bar No. 24007852
Matthew A. Blair
TX Bar No. 24109648
K&L Gates LLP
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6800
Fax: (512) 482-6859
Henry.Pogorzelski@KLGates.com
Matthew.Blair@KLGates.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, a copy of the foregoing was filed with the Clerk of Court using the ECF system, which will send notification of such filing to all attorneys and parties of record.

*/s/ Wendy C. Larson*
Wendy C. Larson